IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03150-MSK-KLM

DOUGLAS LARSON, in his capacity as Bankruptcy Trustee for the Estate of Cynthia Coreyn Tester-Lamar,

    Plaintiff,

v.

ONE BEACON INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Stay Phase II Discovery** [Docket No. 35; Filed April 15, 2013] (the "Motion to Stay") and on the parties' **Joint Motion to Amend Phase I Discovery and Briefing Deadlines** [Docket No. 41; Filed May 13, 2013] (the "Motion to Amend"). Plaintiff's oral motion to compel documents, which relates to the Phase I discovery period in this matter, is pending before the Court. An order on the oral motion will issue in due course. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Amend [#41] is **GRANTED**, as follows.

    IT IS FURTHER **ORDERED** that the Phase I Discovery Deadline is extended to **July 1, 2013**.

    IT IS FURTHER **ORDERED** that Plaintiff shall file a Response to the Motion for Summary Judgment [#12] **on or before July 17, 2013**. **No extension shall be granted on this deadline.**

    IT IS FURTHER **ORDERED** that Defendant shall file a Reply to the Motion for Summary Judgment [#12] **on or before August 1, 2013**. **No extension shall be granted on this deadline.**

    The Court notes that the Phase II Scheduling Order [#32] entered on April 4, 2013, anticipated that Phase II discovery would commence once briefing was completed on the pending Motion for Summary Judgment. Accordingly,

IT IS FURTHER **ORDERED**, *sua sponte*, that the Phase II Scheduling Order is amended as follows:

| | |
|---|---|
| Rule 26(a)(1) Initial Disclosures | **August 8, 2013** |
| Deadline for Joinder of Parties and Amendment of Pleadings | **September 16, 2013** |
| Affirmative Expert Disclosure Deadline | **December 2, 2013** |
| Rebuttal Expert Disclosure Deadline | **January 2, 2014** |
| Discovery Deadline | **February 3, 2014** |
| Dispositive Motions Deadline | **March 3, 2014** |

IT IS FURTHER **ORDERED** that Defendant's Motion to Stay [#35] is **DENIED without prejudice**. Given the Court's other rulings in this Minute Order, Defendant is now seeking a stay that would not commence until August. The Court therefore finds that the Motion to Stay is premature.

Dated: May 16, 2013