IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03150-MSK-KLM

DOUGLAS LARSON, in his capacity as Bankruptcy Trustee for the Estate of Cynthia
Coreyn Tester-Lamar,

      Plaintiff,

v.

ONE BEACON INSURANCE COMPANY,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Renewed Motion to Stay Phase II Discovery** [Docket No. 57; Filed August 12, 2013] (the "Motion"). The Motion was referred to the undersigned on August 14, 2013 [#58]. On August 23, 2013, the parties jointly called to request a hearing on the Motion. In the Motion, Defendant seeks a stay of Phase II discovery "until after the Court rules on [Defendant's] converted Motion for Summary Judgment." *Motion* [#57] at 1. A Recommendation regarding the Motion for Summary Judgment has been issued and is pending before the District Judge. The District Judge will issue a ruling in due course. If the Recommendation is adopted in full, Plaintiff's first cause of action will be dismissed and second cause of action will remain. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#57] seeking a stay is **DENIED**.

      IT IS FURTHER **ORDERED** that the hearing on the Motion [#57] set for **August 29, 2013** at **2:00 p.m.** is **VACATED**.

      Dated:  August 23, 2013