IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03150-MSK-KLM

DOUGLAS LARSON, in his capacity as Bankruptcy Trustee for the Estate of Cynthia Coreyn Tester-Lamar,

    Plaintiff,

v.

ONE BEACON INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Phase II Scheduling Order (Doc. Nos. 32 & 43)** [#77] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#77] is **GRANTED**. The Phase II Scheduling Order is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline    **December 16, 2013**
- Rebuttal Expert Disclosure Deadline    **January 16, 2014**

Dated: November 20, 2013