IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-03150-MSK-KLM

DOUGLAS LARSON, in his capacity as Bankruptcy Trustee for the Estate of Cynthia Coreyn Tester-Lamar,

        Plaintiff,

v.

ONE BEACON INSURANCE COMPANY,

        Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #124)** filed on October 7, 2015, Dismissing Claim Under C.R.S. §§10-3-1115 and 1116 and denying as moot Motion to Strike (**Doc. #120**), it is

ORDERED that:

The case is DISMISSED for the same reasons articulated in the Court's Order of March 31, 2015 (**Doc. #117**).

The case is closed.

Dated this 8th day October, 2015.

                                ENTERED FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                                s/Patricia Glover
                                  Deputy Clerk